Stuart Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
(818) 205-2466 Telephone
stuart@pricelawgroup.com

Attorneys for Plaintiff,
*HILMA GARCIA*

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
*RISE CREDIT OF CALIFORNIA, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILMA GARCIA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>RISE CREDIT OF CALIFORNIA, LLC,<br><br>　　　Defendant. | CASE NO. 2:16-cv-05116-TJH-PLA<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiffs, and without prejudice as to the putative class members, within 45 days from the date of this Notice.

\\\

1
2      DATED: September 8, 2016
3
4
5
6
7
8      DATED: September 8, 2016
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PRICE LAW GROUP, APC**

s/ Stuart Price
Stuart Price
Attorneys for Plaintiff
*HILMA GARCIA*

**CARLSON & MESSER LLP**

s/ David J. Kaminski
David J. Kaminski
Tamar Gabriel
Attorneys for Defendant
*RISE CREDIT OF CALIFORNIA, LLC*

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix his electronic signature to this document.

**CARLSON & MESSER LLP**

DATED: September 8, 2016

s/ David J. Kaminski
David J. Kaminski
Tamar Gabriel
Attorneys for Defendant
*RISE CREDIT OF CALIFORNIA, LLC*