1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**

7

8    Hilma Garcia,

9                    Plaintiff,                    No. 2:16-cv-05116-TJH-PLAx

10   vs.

11   Rise Credit of California, LLC,               **ORDER**

12                                                   **[JS-6]**

13                   Defendant.

14

15        PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of

16   Plaintiff, Hilma Garcia, against Defendant, Rise Credit of California, LLC, are dismissed,

17   with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

18

19        **IT IS SO ORDERED.**

20

21

22

     Date: October 11, 2016
23                                                 _____
                                                   Honorable Terry J. Hatter, Jr.
24                                                 United States District Judge

25

26

27

28